UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ATHONY CLEARMAN,<br><br>　　　　　PETITIONER,<br><br>　v.<br><br>B.M. TRATE,<br><br>　　　　　RESPONDENT. | Case No. 1:22-cv-00444-HBK (PC)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO SEAL PORTIONS OF APPENDIX PAGES 28-58<br><br>(Doc. No. 8) |

　　　　Pending before the Court is Respondent's notice of request to seal appendix pages 28-58 to Respondent's motion to dismiss and response to Petitioner's § 2241 petition, filed on June 27, 2022. (Doc. No. 8).

　　　　Petitioner, Mark Clearman, a prisoner in the custody of the Federal Bureau of Prisons ("BOP"), has pending a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1). Pursuant to Local Rule 141(b), Respondent requests that the Court seal portions of the exhibits attached to their motion to dismiss, specifically Petitioner's pre-sentence investigation report. (*Id.* at 1). Respondent notes that Petitioner has access to the report in his BOP central file. (*Id.* at 1, fn. 1).

　　　　The Court finds that, for the reasons stated in Respondent's Notice and its Request, sealing those portions of Respondent's appendix serves a compelling interest. *See Kamakana v. City and County of Honolulu*, 447 F. 3d 1172, 1179-1180 (9th Cir. 2006); *Foltz v. State Farm*

1  *Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

2      Accordingly, it is **ORDERED**:

3      The Court GRANTS Respondent's Request as referenced in their Notice (Doc. No. 8) and directs the Respondent to provide an electronic copy of the document to be sealed to the Clerk of Court, at which time the Clerk of Court will file the document under seal.  *See* Local Rule 141(e)(2)(i).

Dated:   June 28, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE